FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 03 2013 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

JULIAN KEVIN: WILLIAMS,

Plaintiff,

- against -

2720 REALTY CO., et al.

Defendants.

---------------------------------------------------------- X

**CIVIL JUDGMENT**

12 Civ. 6408 (BMC)

Pursuant to the Memorandum Decision and Order issued on January 3, 2013 by the undersigned dismissing the action, it is,

**ORDERED, ADJUDGED AND DECREED:** That the complaint is hereby dismissed. For purpose of any appeal, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any *in forma pauperis* appeal would not be taken in good faith.

/S/ Judge Brian M.

BRIAN M. COGAN
United States District Judge

Dated: Brooklyn, New York
January 3, 2013